# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 17-mc-00151-LPS |
| v. | ) | |
| | ) | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PHARO GAIA FUND, LTD., and PHARO MACRO FUND, LTD. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 23-mc-360-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD. and PHARO TRADING FUND, LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 23-mc-361-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT STATEMENT OF PHARO GAIA FUND, LTD., PHARO MACRO FUND, LTD. AND PHARO TRADING FUND, LTD.**

Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd. (together, "Pharo") respectfully submit this Judgment Statement in response to the guidance provided by the Special Master's August 7, 2023 Letter to Holders of Judgments, D.I. 652, and this Court's August 7, 2023 Oral Order adopting the Special Master's guidance, D.I. 654.

1.  Pharo is the beneficial owner of certain bonds issued by Defendant Bolivarian Republic of Venezuela ("Venezuela" or the "Republic") under three fiscal agency agreements (the "Bonds"). *Pharo Gaia Fund, Ltd., et al. v. Venezuela*, No. 20-cv-8497 (S.D.N.Y.) ("8497 Action"), D.I. 62; *Pharo Gaia Fund, Ltd., et al. v. Venezuela*, No. 19-cv-3123 (S.D.N.Y.) ("3123 Action"), D.I. 34. In 2017, Venezuela defaulted on the Bonds. Intervenor Petróleos de Venezuela, S.A. ("PDVSA"), the alter ego of Venezuela also defaulted on its unsecured foreign debt. Venezuela and PDVSA remain in default today.

In January 2019, Pharo Gaia Fund, Ltd. and Pharo Macro Fund, Ltd. sued Venezuela in New York state court to recover missed payments on two series of the Bonds. (*See* 3123 Action, D.I. 1.) Venezuela later removed to federal court. (*See id.*, D.I. 1.) On October 16, 2020, the court entered final judgment against Venezuela, ordering Venezuela to pay over $380 million to Pharo. (*Id.*, D.I. 62.). Pharo separately sued Venezuela in federal court to recover missed payments on additional series of the Bonds. (8497 Action, D.I. 1.) Despite proper service, Venezuela failed to appear. On October 25, 2021, the New York Court entered a final default judgment, ordering Venezuela to pay over $1.3 billion to Pharo. (*Id.*, D.I. 34.) On May 18, 2023, Pharo served the default judgment on Venezuela, as required under the Foreign Sovereign Immunities Act (FSIA). (*Id.*, D.I. 35); 28 U.S.C. § 1608(e).

Pharo has registered these judgments with this Court. (No. 23 Misc. 360, D.I. 1; No. 23 Misc. 361, D.I. 1.) The judgments are attached to this Statement as Exhibit B. Venezuela has not

paid any part of the judgments.

2. Pharo demanded Venezuela satisfy the judgments, has conducted post-judgment discovery, registered the judgments in this District and on August 2, 2023 filed a Motion for an Order Authorizing a Writ of Attachment *Fieri Facias* against shares of PDV Holding, Inc. ("PDVH") owned by PDVSA, alter ego of Venezuela.

3. The initial amount of the judgments Pharo has obtained is set forth in the chart below:

| Judgment in 19-cv-3123 (S.D.N.Y) | |
|---|---|
| **Party** | **Base Amount** |
| Pharo Gaia Fund, Ltd. | $149,200,615 |
| Pharo Macro Fund, Ltd. | $238,460,426 |

| Judgment in 20-cv-8497 (S.D.N.Y) | |
|---|---|
| **Party** | **Base Amount** |
| Pharo Gaia Fund, Ltd. | $635,133,909 |
| Pharo Macro Fund, Ltd. | $694,069,570 |
| Pharo Trading Fund, Ltd. | $64,461,518 |

4. Venezuela has not made any payments towards any of the judgments.

5. Post-judgment interest on the judgments accrues as set forth below:

| Judgment in 19-cv-3123 (S.D.N.Y) | | |
|---|---|---|
| **Party** | **Post-judgment interest rate (per 28 U.S.C. § 1961)[1]** | **Accrued post-judgment interest (as of 8/14/23)** |
| Pharo Gaia Fund, Ltd. | 0.13% | $549,588.88 |
| Pharo Macro Fund, Ltd. | 0.13% | $878,382.42 |

---

[1] https://fred.stlouisfed.org/graph/?id=WGS1YR

| Judgment in 20-cv-8497 (S.D.N.Y) | | |
|---|---|---|
| Party | Post-judgment interest rate (per 28 U.S.C. § 1961) | Accrued post-judgment interest (as of 8/14/23) |
| Pharo Gaia Fund, Ltd. | 0.11% | $1,261,952.12 |
| Pharo Macro Fund, Ltd. | 0.11% | $1,379,051.81 |
| Pharo Trading Fund, Ltd. | 0.11% | $128,079.05 |

| Post-Judgment Interest Calculations | | |
|---|---|---|
| | 19-cv-3123 | 20-cv-8497 |
| Judgment Date | 10/16/2020 | 10/25/2021 |
| Calculation Date | 8/14/2023 | 8/14/2023 |
| Δ Days | 1033 | 659 |
| Δ Years | 2.830136986 | 1.805479452 |

**Proposed Interest Formula:** Base Amount * (1 + interest rate)^Δ Years – Base Amount

Dated: August 14, 2023

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sarah T. Andrade (#6157)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
SBrauerman@bayardlaw.com
sandrade@bayardlaw.com

*Counsel for Plaintiffs*